# UNITED STATES BANKRUPTCY COURT

Western District of Louisiana

In re  WILLIAM F. BRAGG                    ,          Case No.   18-50244
     TONYA D. BRAGG

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Capital One, N.A. | Capital One, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Rushmore Loan Management Services, LLC
  15480 Laguna Canyon Rd., Suite 100
  Irvine, CA 92618

Court Claim # (if known): ____1____
Amount of Claim: ____$33,867.95____
Date Claim Filed: ____03/28/2018____

Phone:  888-504-6700

Last Four Digits of Acct #: ____6329____

Phone:  855-777-2645

Last Four Digits of Acct. #: ____3210____

Name and Address where transferee payments should be sent (if different from above):
  Rushmore Loan Management Services, LLC
  P.O. Box 514707
  Los Angeles, CA 90051-4707
Phone:  888-504-6700
Last Four Digits of Acct #: ____6329____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /S/  Jason R. Smith                    Date: ____04/25/2018____
    Transferee/Transferee's Agent

*Penalty for making a  false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

IN RE:   WILLIAM F. BRAGG                       CASE NO. 18-50244
               TONYA D. BRAGG                        CHAPTER 13

## CERTIFICATE OF SERVICE

I, Jason R. Smith, hereby certify that I have notified the following interested parties of the Transfer of Claim filed by CAPITAL ONE, N.A., AS SERVICED BY RUSHMORE LOAN MANAGEMENT SERVICES, as reflected on the foregoing notice, to-wit:

| | |
|---|---|
| William F. Bragg | Keith A.  Rodriguez |
| Tonya D. Bragg | Trustee |
| 142 Gordon Crocket Drive | P.O. Box 3445 |
| Lafayette, LA 70508 | Lafayette, LA 70502-3445 |
| | |
| W. Simmons Sandoz | Capital One, N.A. |
| P.O. Box 471 | P.O. Box 21887 |
| Opelousas, LA 70571-0471 | Eagan, MN 55121 |
| | |
| | Office of the U.S. Trustee |
| | 300 Fannin Street |
| | Suite 3196 |
| | Shreveport, LA 71101 |

by mailing this notice and a copy of the Transfer of Claim filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this the 25th day of April, 2018.

DEAN MORRIS, L.L.C.
1820 Avenue of America
P.O. Box 15270
Monroe, LA  71207-5270
(318) 388-1440

/S/Jason R. Smith
ATTORNEY FOR CREDITOR