B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Western District of Louisiana

In re   William F. Bragg & Tonya D. Bragg   ,   Case No.   18-50244

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Select Portfolio Servicing, Inc., as servicer for CSMC 2018-SP3 Trust | Capital One, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165

Court Claim # (if known):   3
Amount of Claim:   $33,653.95
Date Claim Filed:   04-17-2018

Phone:   1-800-258-8602
Last Four Digits of Acct. #:   9963

Phone:
Last Four Digits of Acct. #:   3040

Name and Address where transferee payments
should be sent (if different from above):

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165

Phone:   1-800-258-8602
Last Four Digits of Acct. #:   9963

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Tabitha Mangano (Bar No. 32569)     Date:   08/20/2018
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.